UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT MACKEY, | Case No. 23-cv-03460-PJH |
| | **ORDER OF DISMISSAL** |

This case was opened when plaintiff, a Florida state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Plaintiff was provided an extension but the time to file has passed, and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: September 14, 2023

                                                             */s/ Phyllis J. Hamilton*
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge